UNITED STATES DISTRICT COURT

Northern District of California

Ramirez,

    Plaintiff(s),

v.

El Guanaco Restaurant,

    Defendant(s).

No. C 12-04163 MEJ MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 26, 2013_

2. Did the case settle?

   ☒ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☐ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _____

4. **IS THIS ADR PROCESS COMPLETE?**   ☒ YES   ☐ NO

Dated: _April 1, 2013_

**Mediator**, Daniel Bowling
US District Court - ADR Program
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102